No. 00–9440. STELLY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–9441. RISHAR v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9443. EVANS v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–9450. MERRIDA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–9451. ANDRADE v. CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–9458. MENDLOW v. UNIVERSITY OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9462. SIMMONS v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–9463. SIMON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9466. STEWART v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9469. TIBBS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9470. WILLIAMS v. SMALLS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9471. WOODSIDE v. PATTON. Sup. Ct. Del. Certiorari denied.

No. 00–9473. WHITE v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9475. RICHARD v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.